A CERTIFIED TRUE COPY

FEB 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 9 2007

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 06 - 7174 EDL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

FILED
MAR - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-274)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,799 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 27 '07

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-274 - TAG-ALONG ACTIONS
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-6665 | Roger Vedad, et al. v. United States of America |
| CAN 3 06-6949 | Patty Cervenka, etc. v. General Electric Co. |
| CAN 3 06-7109 | Mary Marcelja, et al. v. General Electric Co. |
| CAN 3 06-7174 | Dorothy Wehr, et al. v. General Electric Co. |
| CAN 3 06-7175 | Ray D. Holliday v. General Electric Co., et al. |
| CAN 3 06-7319 | Kathleen Rice, et al. v. General Electric Co., et al. |
| CAN 3 06-7629 | Ella Mae Young v. Advocate Mines, Ltd., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 06-10723 | Jim Taylor, et al. v. Anco Insulations, Inc., et al. |
| ~~LAE 2 06-10929~~ | ~~Joyce Hampton, et al. v. Owens-Illinois, Inc., et al.~~ **Vacated 2/20/07** |
| ~~LAE 2 06-11140~~ | ~~Melvin Raymond v. Borden, Inc., et al.~~ **Opposed 2/26/07** |
| **LOUISIANA MIDDLE** | |
| ~~LAM 3 06-785~~ | ~~Teressa Bell, etc. v. Rowan Companies, Inc., et al.~~ **Opposed 2/26/07** |
| ~~LAM 3 06-965~~ | ~~Aurelie Breau Waguespack, et al. v. Anco Insulations, Inc., et al.~~ **Opposed 2/27/07** |
| **LOUISIANA WESTERN** | |
| ~~LAW 6 06-2190~~ | ~~Daniel Jarrell v. Franks Petroluem, Inc., et al.~~ **Opposed 2/26/07** |
| **MISSISSIPPI SOUTHERN** | |
| ~~MSS 1 06-1277~~ | ~~Anton Wagner v. Mississippi Rubber & Specialty Co., et al.~~ **Opposed 2/20/07** |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 06-1074 | Michael Benjamin McFarland, etc. v. 3M Co., et al. |
| NCM 1 06-1098 | Glenn David Jacobs, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 06-1099 | Ralph Eugene Long, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 06-388 | Alan Lee Coffey, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-389 | Richard Earl Browne v. Aqua-Chem, Inc., et al. |
| NCW 1 06-390 | Roger Wayne Deal, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 06-391 | Rahn Nelson Painter, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-2 | Sadie JoAnn Deaton v. Aqua-Chem, Inc., et al. |
| **SOUTH CAROLINA** | |
| SC 2 06-3498 | Beverly R. Junkin, etc. v. Aventis Corpscience USA, Inc., et al. |
| SC 2 06-3500 | Bobby L. Tompkins, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 06-3502 | Anthony Gibbs, et al. v. A.W. Chesterton Co., et al. |
| SC 2 06-3528 | Scott Kennedy, et al. v. Owens-Illinois, Inc., et al. |
| SC 2 06-3529 | John C. Blackmon, Jr., et al. v. Owens-Illinois, Inc., et al. |
| SC 2 06-3532 | Guy Edward Johnson, Jr., etc. v. Owens-Illinois, Inc., et al. |
| SC 2 06-3534 | Jet Ramsey, et al. v. Aventis Cropscience USA, Inc., et al. |
| SC 8 06-3583 | Samuel Paul Cheek, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-3 | Charles David Birchfield, et al. v. Aqua-Chem, Inc., et al. |
| SC 8 07-4 | Eugene Brown, Jr., et al. v. Aqua-Chem, Inc., et al. |
| **WASHINGTON WESTERN** | |
| WAW 2 06-619 | Victory M. Mundy, etc. v. Elliott Co., et al. |
| **WISCONSIN WESTERN** | |
| WIW 3 06-546 | William Junk, Sr., etc. v. Dynegy Corp., et al. |

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

March 2, 2007

Richard W. Wieking, Clerk
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
P.O. BOX 36060
San Francisco, CA 94102-3489

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875 CTO-274; ND-CA, 3:06-665, 06-6949, 06-7109, 06-7174, 06-7175, 06-7319, 06-7629

Dear Clerk:

The enclosed Conditional Transfer Order is being sent to you regarding the involved action listed above. This case has been properly identified as multi district litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**PLEASE DO NOT FORWARD A CERTIFIED DOCKET OR
A CERTIFIED COPY OF THE TRANSFER ORDER TO THIS DISTRICT.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

*Tom Dempsey*

Tom Dempsey
MDL Docketing Clerk

Enclosure